IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANNASTASIA BLEVINS,<br><br>Plaintiff,<br><br>vs.<br><br>THE FOOT CARE CENTER a Limited Liability Company, and CRAIG J. McLAWS, DPM,<br><br>Defendants. | CV 23-113-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff's Motion to Dismiss Pursuant to Rule 41, Fed.R.Civ.P., (Doc. 4),

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE.**

DATED this 26th day of September, 2024.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1